# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 6, 2006

131244

SHR LIMITED PARTNERSHIP,
      Plaintiff-Appellant,

v

MERCURY EXPLORATION COMPANY,
DOMINION RESERVES, INC., and
QUICKSILVER RESOURCES, INC.,
      Defendants-Appellees.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 131244
COA: 258058
Otsego CC: 99-008060-CK

_____/

      On order of the Court, the application for leave to appeal the April 11, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. Because we conclude that plaintiff's position on appeal is frivolous, we REMAND this case to the Otsego Circuit Court for an assessment against plaintiff of the costs and attorney fees incurred by defendants on appeal, along with an evidentiary hearing concerning the same, if requested by either party.

      We do not retain jurisdiction.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 6, 2006

_____
Clerk

t1129